UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MICHAEL PENN, JR.                                CIVIL ACTION

VERSUS                                           NO: 15-3434

STATE OF LOUISIANA                               SECTION: R

## ORDER

Before the Court is Michael Penn's petition for federal habeas corpus relief under 28 U.S.C. § 2254. The Magistrate Judge recommends that the petition be dismissed without prejudice because Penn has neither paid the required filing fee nor requested and obtained permission to proceed *in forma pauperis*. Having reviewed *de novo* the petition,[1] the record, the applicable law, and the Magistrate Judge's unopposed Report and Recommendation,[2] the Court hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion.

Rule 11(a) of the Rules Governing Section 2254 Proceedings provides that "[t]he district court must issue or deny a certificate of appealability when it enters a final order adverse to the applicant." A court may only issue a certificate of appealability if the petitioner makes "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The "controlling standard" for a certificate of appealability requires the petitioner to show "that reasonable jurists could debate whether (or, for that matter, agree that) the petition should have been resolved in a different manner or that the issues presented [are] adequate to deserve encouragement to proceed further." *Miller–El v.*

---

[1] R. Doc. 4.

[2] R. Doc. 6.

*Cockrell*, 537 U.S. 322, 336 (2003) (quoting *Slack v. McDaniel*, 529 U.S. 473, 484 (2000)) (quotation marks removed).

Here, the Court dismisses Penn's habeas petition because he has neither paid the required filing fee nor sought and obtained permission to proceed *in forma pauperis*. On September 18, 2015, the Magistrate Judge ordered Penn to either pay the filing fee or submit an *in forma pauperis* application. The Magistrate Judge warned Penn that failure to comply with this order would result in a recommendation that the case be dismissed. Nonetheless, Penn did not comply; nor has he offered any reason for his failure to prosecute. Thus, the Court concludes that Penn's petition would not generate debate among reasonable jurists, and the Court will not issue a certificate of appealability.

For the foregoing reasons, the Court DISMISSES WITHOUT PREJUDICE Penn's petition for habeas corpus and DENIES a certificate of appealability.

New Orleans, Louisiana, this 29th day of March, 2016.

Sarah Vance
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE